NUMBER 13-00-178-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


___________________________________________________________________


PROTECTIVE INSURANCE COMPANY
, Appellant,


v.



WILLIAM SALIK
, Appellees.

___________________________________________________________________


On appeal from the County Court at Law 


of Kaufman County, Texas.


___________________________________________________________________


O P I N I O N



Before Chief Justice Seerden and Justices Yañez and

Rodriguez

Opinion Per Curiam



 Appellant, PROTECTIVE INSURANCE COMPANY, perfected an
appeal from a judgment entered by the County Court at Law of Kaufman
County, Texas, in cause number 55294-CC. After the record and
appellant's brief had been filed, the parties filed a joint motion to reverse
and remand. In the motion, the parties state that based iupon the
recent clarifications in the law made by the Supreme Court in its
decision rendered in Continental Cas. Inc. Co. V. Functional Restoration
Associates, 43 Tex. Sup. Ct. J. 573 (April 6, 2000), the trial court's
order of dismissal in the instant case was erroneous. The parties are in
agreement that, based upon the Supreme Court's decision in
Continental Casualty, Protective Insurance Company's suit for judicial
review as properly filed in Kaufman County, and that the trial court's
order of dismissal was therefore erroneous and should be reversed. The
parties jointly request that the trial court's order of dismissal be
reversed and that the case be remanded to the trial court for a decision
on the merits. 

 The Court, having examined and fully considered the documents
on file and the parties' joint motion, is of the opinion that the motion
should be granted. The joint motion is granted, and the trial court's
order of dismissal is hereby REVERSED and the cause is REMANDED to
the trial court for a decision on the merits. 

 PER CURIAM

Opinion ordered not published.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 13th day of July, 2000.